Ellen Nunno Corbo, Esq. – 033621984
**BURNS WHITE LLC**
457 Haddonfield Road, Suite 510
Cherry Hill, New Jersey 08002
(609) 315-6933
Attorneys for Defendant, The Cheesecake Factory Restaurants, Inc.

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| LAMAR SPENCER, | CIVIL ACTION NO.: 2:21-cv-13483-MCA-MAH |
| Plaintiff, | |
| vs. | |
| HOBART LLC, ITW FOOD EQUIPMENT GROUP, LLC, CHEESECAKE FACTORY RESTAURANTS INC., CT CORPORATION SYSTEM, JOHN DOE 1-10 and ABC CORP. 1-10 (names being fictitious); | |
| Defendants. | |

### STIPULATION OF DISMISSAL WITH PREJUDICE AS TO ALL CLAIMS AGAINST THE DEFENDANT, THE CHEESECAKE FACTORY RESTAURANTS, INC.

WHEREAS, the Plaintiff, Lamar Spencer, filed an Amended Complaint on August 23, 2021, alleging that on or about November 11, 2019, he was injured while working as an employee of Defendant, The Cheesecake Factory Restaurants, Inc., as the result of the Plaintiff's use of a commercial dishwashing machine manufactured and distributed by Defendant, ITW Food Equipment Group, LLC; and

WHEREAS, because the Plaintiff, Lamar Spencer, was injured in the course of his employment, all claims against this Defendant, The Cheesecake Factory Restaurants, Inc., are

barred pursuant to the provisions of the New Jersey Workers' Compensation Act, N.J.S.A. 34:15-7, et seq.

**IT IS HEREBY STIPULATED AND AGREED** by and between the parties a that any and all claims, including crossclaims, against Defendant, The Cheesecake Factory Restaurants, Inc., are hereby dismissed, with prejudice and without costs against any party.

| | |
|---|---|
| **FREDSON, STATMORE, & BITTERMAN, LLC** | **BURNS WHITE LLC** |
| _____ | _____ |
| Andrew L. Statmore, Esq. | Ellen Nunno Corbo, Esq. |
| *Attorneys for Plaintiff, Lamar Spencer* | *Attorneys for Defendant, The Cheesecake Factory Restaurants, Inc.* |
| Dated: 10/19/23 | Dated: October 19, 2023 |

SO ORDERED

_s/Madeline Cox Arleo_
MADELINE COX ARLEO, U.S.D.J.

Date: 10/26/23