### UNITED STATES DISTRICT COURT
### DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| LAMAR SPENCER, | ) | CASE NO.: 2:21-CV-13483 |
| | ) | |
| Plaintiff, | ) | JUDGE MADELINE COX ARLEO |
| | ) | |
| v. | ) | MAGISTRATE JUDGE |
| | ) | MICHAEL A. HAMMER |
| ITW Food Equipment Group LLC, et al., | ) | |
| | ) | [PROPOSED] ORDER GRANTING |
| Defendants. | ) | REQUEST FOR EXTENSION OF |
| | ) | EXPERT DISCOVERY DEADLINES |

**THIS MATTER** having come before the Court on Defendant ITW Food Equipment Group LLC's letter requesting an extension of expert discovery deadlines; and for good cause shown:

**IT IS** on this 14th day of December 2023,

**ORDERED THAT:**

1. All responding expert reports shall be delivered by **February 26, 2024**.

2. Expert discovery, including the depositions of any expert witnesses, shall be completed on or before **April 1, 2024**.

SO ORDERED

*s/ Michael A. Hammer*

Michael A. Hammer, U.S.M.J.

Date: 12/14/2023